No. 396. RUDOLPH ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Felix Atwood* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Jones, I. Henry Kutz* and *Norman H. Wolfe* for the United States.

No. 67. McKNIGHT *v.* N. M. PATERSON & SONS, LTD. C. A. 6th Cir. Certiorari denied. *S. Eldridge Sampliner, William H. Thompson* and *Jacob Rassner* for petitioner. *Gilbert R. Johnson* for respondent.

No. 389. SIMMONS *v.* UNION TERMINAL Co. C. A. 5th Cir. Certiorari denied. *J. O. Bean* for petitioner. *D. L. Case* and *Jack Pew, Jr.* for respondent.

No. 390. MORRIS, COMMISSIONER OF PARKS OF NEW YORK CITY, *v.* ROCKWELL. Court of Appeals of New York. Certiorari denied. *Leo A. Larkin* and *Seymour B. Quel* for petitioner. *Emanuel Redfield* for respondent.

No. 386. McCLANAHAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Irving L. Goldberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 387. KHURI *v.* UNITED STATES. Court of Claims. Certiorari denied. *Walter E. Barton* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the United States. Reported below: —— Ct. Cl. ——, —— F. 2d ——.